IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYRONE NATION, individually and
on behalf of all others similarly situated**                    **PLAINTIFF**

v.                              Case No. 4:21-cv-747-BSM

**OZARK PIZZA COMPANY, LLC**                                    **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Tyrone Nation, by and through his attorney Chris Burks of WH Law, PLLC, and Defendant Ozark Pizza Company, LLC, by and through its attorney, William R. Stukenberg of Porter Hedges LLP, and for their Joint Stipulation of Dismissal, state as follows:

1. Plaintiff brought this action against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.

2. After arms-length negotiations in which Plaintiff and Defendant were both represented by experienced counsel, Plaintiff and Defendant reached an agreement that resolves all of Plaintiff's claims in this lawsuit on an individual basis; Plaintiff and Defendant believe their agreement is a fair, reasonable, and adequate compromise of a bona fide dispute.

3. Therefore, Plaintiff and Defendant hereby stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice pursuant to Rule 41(a)(1)(A)(ii). Each party agrees to bear his or its own costs, including attorneys' fees associated with this

litigation to the extent not otherwise provided for in the settlement agreement between the parties.

4. Numerous Arkansas district courts permit dismissals pursuant to F.R.C.P. 41(a)(1)(A)(ii) where certain criteria is met. *See Schneider v. Habitat for Humanity Int'l, Inc.*, No. 5:14-cv-5230-TLB, 2015 U.S. Dist. LEXIS 14679, at *7 (W.D. Ark. Feb. 5, 2015) (Brooks, J.); *see also Willer v. Ark. Cty. Cty.-Op*, No. 4:17-cv-408-BSM, 2018 U.S. Dist. LEXIS 193793, at *1–2 (E.D. Ark. Nov. 14, 2018) (Miller, J.) (dismissing case without reasonableness review because three factors from *Schneider* were met); *Adams v. Centerfold Entm't Club, Inc.*, No. 6:17-cv-6047-SOH, 2018 U.S. Dist. LEXIS 187750, at *2–3 (W.D. Ark. Nov. 2, 2018) (Hickey, J.) (same); *Perez v. Garcia*, No. 4:16-cv-81-KGB, 2016 U.S. Dist. LEXIS 165788, at *2 (E.D. Ark. Dec. 1, 2016) (Baker, J.) (same) (citing *Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 256 (5th Cir. 2012)).

5. Plaintiff and Defendant desire to keep their settlement agreement confidential. If the Court desires to review the terms of the settlement agreement, Plaintiff and Defendant ask for leave to submit the agreement to the Court for review *in camera*.

    Respectfully submitted,

    **PLAINTIFF TYRONE NATION**

    wh Law | We Help
    1 Riverfront Pl. – Suite 745
    North Little Rock, AR 72114
    (501) 891-6000

By:    Chris Burks
    Chris Burks (ABN: 2010207)
    chris@wh.law

        **DEFENDANT OZARK PIZZA COMPANY, LLC**

        Porter Hedges LLP
        1000 Main Street, 36th Floor
        Houston, TX 77002
        (713) 226-6611

By:    <u>William R. Stukenberg</u>
        William R. Stukenberg
        wstukenberg@porterhedges.com