### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TYRONE NATION**                                                              **PLAINTIFF**

**v.**                           **CASE NO. 4:21-CV-00747-BSM**

**OZARK PIZZA COMPANY, LLC**                                     **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE